United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MCGEE,

Plaintiff,

v.

SANTA CLARA COUNTY DISTRICT ATTORNEY OFFICE, et al.,

Defendants.

Case No. 24-cv-02608-CRB

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**

The Court previously adopted Judge DeMarchi's Report and Recommendation and dismissed the case with prejudice. See Order (dkt. 10). The Court entered judgment against Plaintiff shortly thereafter. Judgment (dkt. 11). Plaintiff now seeks to vacate the judgment pursuant to Rule 60(b)(4) of the Federal Rules of Civil Procedure and Rule 60(b)(1) and (6), in the alternative. Mot. (dkt. 18). The Court **DENIES** the motion.

To vacate or set aside the judgment under Plaintiff's Rule 60(b) subdivisions, he must show: (1) "mistake, inadvertence, surprise, or excusable neglect"; (2) "the judgment is void"; or (3) there is "any other reason that justifies relief." See School Dist. 1J v. ACandS Inc., 5 F.3d 1255, 1263 (9th Cir.1993) (citing Rule 60(b)). Plaintiff has failed to make such a showing.

In support of his motion, Plaintiff merely rehashes the allegations he makes in his complaint. He contends that the Court's judgment was void because it relied on a purportedly dismissed juvenile court petition, which would not have any legal significance. Mot. at 3. His alternative arguments under Rule 60(b)(1) and (6) reiterate the same point. Id. at 4. But the Court's judgment and underlying order were not based on factual

evidence or allegations in the record. The Court dismissed Plaintiff's claims as barred by immunity doctrine—which would apply even if Plaintiff were right that his juvenile records were unlawfully obtained. See Order at 1. Plaintiff does not even attempt to address this issue or provide another reason justifying relief.

Because Plaintiff's arguments are unavailing, the Court **DENIES** the motion.

**IT IS SO ORDERED.**

Dated: August 31, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California